MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Defendant
*National Title Insurance Of New York, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GENTILCORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants. | Case No.: 3:08-cv-01374 MMC<br><br>Assigned Judge: Hon. Maxine M. Chesney<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Margaret A. Keane and Kris Man of Dewey & LeBoeuf LLP, located at One Embarcadero Center, Suite 400, San Francisco, California 94111, will appear as counsel of record for Defendant National Title Insurance of New York, Inc. in the above-captioned matter.

Dated: April 3, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

By: /s/ KRIS MAN
MARGARET A. KEANE
KRIS MAN
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100
Fax: (415) 951-1180

Attorneys for Defendant
*National Title Insurance of New York, Inc.*

NOTICE OF APPEARANCE

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111.

On April 3, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service.

Executed on April 3, 2008 at San Francisco, California.


        /s/   Kris Man
        KRIS MAN