1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
4  San Francisco, CA  94111-3619
   Telephone: (415) 951-1100
5  Facsimile:  (415) 951-1180

6  Attorneys for Defendant
   *National Title Insurance Of New York, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | LISA GENTILCORE, on behalf of herself and all others similarly situated, | Case No.: 3:08-cv-01374 MMC
11 | | Assigned Judge:  Hon. Maxine M. Chesney
12 | Plaintiff, |
13 | v. | **NOTICE OF APPEARANCE**
14 | FIDELITY NATIONAL FINANCIAL, INC., et al., |
15 | Defendants. |

17  PLEASE TAKE NOTICE THAT Margaret A. Keane of Dewey & LeBoeuf LLP, located at One
18  Embarcadero Center, Suite 400, San Francisco, California 94111, will appear as counsel of record for
19  Defendant National Title Insurance of New York, Inc. in the above-captioned matter.

20
21  Dated:  April 3, 2008                    Respectfully submitted,

22                                            DEWEY & LeBOEUF LLP

23                                            By:  /s/   Margaret A. Keane
                                                  MARGARET A. KEANE
24                                                mkeane@dl.com
                                                  DEWEY & LEBOEUF LLP
25                                                One Embarcadero Center, Suite 400
                                                  San Francisco, CA  94111
26                                                Tel:  (415) 951-1100
                                                  Fax:  (415) 951-1180
27
                                                  Attorneys for Defendant
28                                                *National Title Insurance of New York, Inc.*

NOTICE OF APPEARANCE

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111.

On April 3, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service.

Executed on April 3, 2008 at San Francisco, California.

    /s/   Margaret A. Keane
MARGARET A. KEANE