1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
4  San Francisco, CA 94111-3619
   Telephone: (415) 951-1100
5  Facsimile: (415) 951-1180

6  Attorneys for Defendant
   *National Title Insurance Of New York, Inc.*
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 LISA GENTILCORE, on behalf of herself and      Case No.: 3:08-cv-1374-MMC
   all others similarly situated,
11                                                Assigned Judge: Hon. Maxine M. Chesney
                    Plaintiff,
12
            v.                                    **STIPULATION AND [PROPOSED] ORDER
13                                                RE TIME TO RESPOND TO COMPLAINT**
   FIDELITY NATIONAL FINANCIAL, INC.,
14 et al.,

15                  Defendants.

16

17      WHEREAS, this action was filed on March 11, 2008;

18      WHEREAS, Plaintiff has served her Summons and Complaint on certain of the defendants;

19      WHEREAS, defendants The First American Corporation, First American Title Insurance

20 Company, United General Title Insurance Company, Fidelity National Financial, Inc., Fidelity National

21 Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida,

22 Chicago Title Insurance Company, Security Union Title Insurance Company, Stewart Title Guaranty

23 Company, Stewart Title Insurance Company, Landamerica Financial Group, Inc., Commonwealth Land

24 Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance

25 Company filed on April 1, 2008, and the Court approved on April 2, 2008, a Stipulation and Order

26 extending the time through and including May 27, 2008 to move against, answer or otherwise respond to

27 the Complaint; and

28      WHEREAS, the served defendant, National Title Insurance of New York, Inc., has requested to
   be added to the Stipulation and Order filed on April 1, 2008, and approved on April 2, 2008, and

---

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

1 | Plaintiff's counsel has agreed to that request.

2 | NOW THEREFORE, the undersigned parties, through their respective counsel stipulate and
3 | respectfully request that the Court order as follows:

4 | 1. The attorneys for the Defendant National Title Insurance of New York, Inc. hereby
5 | accept service of the Complaint on its behalf.

6 | 2. The time for Defendant National Title Insurance of New York, Inc. to move against,
7 | answer or otherwise respond to the Complaint shall be extended through and including May 27, 2008.
8 | This is the first extension of this Defendant's time to move against, answer or otherwise respond to the
9 | Complaint in this action.

10 | Defendant reserves its rights to move for a stay of all proceedings in this action until the Judicial
11 | Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to
12 | 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance*
13 | *RESPA and Antitrust Litigation* (the "MDL Motion"), or to request further extensions of this deadline,
14 | and Plaintiff reserves her rights to oppose such motion or request. Nothing in this stipulation shall be
15 | construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or
16 | consolidation of this action with any other action.

17 | This stipulation may be executed in counterparts, including by signature transmitted by
18 | facsimile.

19 | Dated: April 2, 2008         Respectfully submitted,
20 |                              DEWEY & LeBOEUF LLP
21 |
22 |                              By: _____
                                     KRIS MAN
23 |                              Attorneys for Defendant National Title Insurance of
24 |                              New York, Inc.

25 | Dated: April 4, 2008         HAGENS BERMAN SOBOL SHAPIRO LLP
26 |
27 |                              By: _____
                                     Jeff D. Friedman
28 |                              Attorneys for Plaintiff Lisa Gentilcore

2
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:_____          _____
                                          HONORABLE MAXINE M. CHESNEY