```
1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
4  San Francisco, CA 94111-3619
   Telephone: (415) 951-1100
5  Facsimile: (415) 951-1180

6  Attorneys for Defendant
   National Title Insurance Of New York, Inc.
7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GENTILCORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants. | Case No.: 3:08-cv-1374-MMC<br><br>Assigned Judge: Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT** |

WHEREAS, this action was filed on March 11, 2008;

WHEREAS, Plaintiff has served her Summons and Complaint on certain of the defendants;

WHEREAS, defendants The First American Corporation, First American Title Insurance Company, United General Title Insurance Company, Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Stewart Title Guaranty Company, Stewart Title Insurance Company, Landamerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company filed on April 1, 2008, and the Court approved on April 2, 2008, a Stipulation and Order extending the time through and including May 27, 2008 to move against, answer or otherwise respond to the Complaint; and

WHEREAS, the served defendant, National Title Insurance of New York, Inc., has requested to be added to the Stipulation and Order filed on April 1, 2008, and approved on April 2, 2008, and

1 | Plaintiff's counsel has agreed to that request.

2 | NOW THEREFORE, the undersigned parties, through their respective counsel stipulate and
3 | respectfully request that the Court order as follows:

4 | 1. The attorneys for the Defendant National Title Insurance of New York, Inc. hereby
5 | accept service of the Complaint on its behalf.

6 | 2. The time for Defendant National Title Insurance of New York, Inc. to move against,
7 | answer or otherwise respond to the Complaint shall be extended through and including May 27, 2008.
8 | This is the first extension of this Defendant's time to move against, answer or otherwise respond to the
9 | Complaint in this action.

10 | Defendant reserves its rights to move for a stay of all proceedings in this action until the Judicial
11 | Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to
12 | 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance*
13 | *RESPA and Antitrust Litigation* (the "MDL Motion"), or to request further extensions of this deadline,
14 | and Plaintiff reserves her rights to oppose such motion or request. Nothing in this stipulation shall be
15 | construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or
16 | consolidation of this action with any other action.

17 | This stipulation may be executed in counterparts, including by signature transmitted by
18 | facsimile.

19 | Dated: April 2, 2008         Respectfully submitted,
20 |                              DEWEY & LeBOEUF LLP
21 |
22 |                              By: _____
                                     KRIS MAN
23 |
                                 Attorneys for Defendant National Title Insurance of
24 |                              New York, Inc.

25 | Dated: April 7, 2008         HAGENS BERMAN SOBOL SHAPIRO LLP
26 |
                                 By: _____
27 |                                  Jeff D. Friedman
28 |                              Attorneys for Plaintiff Lisa Gentilcore

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: April 4, 2008

HONORABLE MAXINE M. CHESNEY