# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Lisa Gentilcore

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**V.**

See Attachment A

TO: (Name and address of defendant)

See Attachment B

**MMC**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

**CLERK**

DATE

MARY ANN BUCKLEY

**(BY) DEPUTY CLERK**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | |
| Name of SERVER | TITLE | |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
      Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date                                *Signature of Server*

                                                       *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Attachment A for Summons

### Defendants

1. Fidelity National Financial, Inc.
2. Fidelity National Title Insurance Company
3. Ticor Title Insurance Company
4. Ticor Title Insurance Company of Florida
5. Chicago Title Insurance Company
6. National Title Insurance of New York, Inc.
7. Security Union Title Insurance Company
8. The First American Corporation
9. First American Title Insurance Company
10. United General Title Insurance Company
11. Landamerica Financial Group, Inc.
12. Commonwealth Land Title Insurance Company
13. Lawyers Title Insurance Corporation
14. Transnation Title Insurance Company
15. Stewart Title Guarantee Company
16. Stewart Title Insurance Company

## Attachment B for Summons

### Defendants

1. Fidelity National Financial, Inc.
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

2. Fidelity National Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

3. Ticor Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

4. Ticor Title Insurance Company of Florida
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

5. Chicago Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

6. National Title Insurance of New York, Inc.
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

7. Security Union Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

8. The First American Corporation
   1 First American Way
   Santa Ana, CA 92707

9. First American Title Insurance Company
   c/o Timothy P. Sullivan
   1 First American Way
   Santa Ana, CA 92707

1

**Attachment B for Summons**

10. United General Title Insurance Company
    c/o CT Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017

11. Landamerica Financial Group, Inc.
    5600 Cox Road
    Glen allen, VA 23060

12. Commonwealth Land Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

13. Lawyers Title Insurance Corporation
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

14. Transnation Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

15. Stewart Title Guaranty Company
    c/o Geri Kaye
    1101 Civic Dr.
    Walnut Creek, CA 94596

16. Stewart Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| | | Ref. No. Or File No.<br>W2493311 | |
| Attorneys for:   LYNN BARTON | | | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  B. Anderson                          , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : FIDELITY NATIONAL FINANCIAL, INC.

By Serving         : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address            : 818 West 7th Street , Los Angeles, California  90017
Date & Time        : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:  3991
San Francisco, California  94105            (3) County: Los Angeles
Phone: (415)  546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                     Signature:_____
                                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:    LYNN BARTON | | Ref. No. Or File No.<br>W2493322 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  B. Anderson                        , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : FIDELITY NATIONALTITLE INSURANCE COMPANY

By Serving         : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address            : 818 West 7th Street , Los Angeles, California  90017
Date & Time        : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were  : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415)  546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  3991
   (3) County:  Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                    Signature:_____

                                                    B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710<br>Attorneys for: LYNN BARTON | (510) 725-3034<br><br>Ref. No. Or File No.<br>W2493316 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| LISA GENTILCORE |

| Defendant: |
|---|
| FIDELITY NATIONAL FINANCIAL |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, B. Anderson                    , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant           : TICOR TITLE INSURANCE COMPANY

By Serving          : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address             : 818 West 7th Street , Los Angeles, California  90017
Date & Time         : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.: 3991
San Francisco, California  94105             (3) County: Los Angeles
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                  Signature:_____
                                                         B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710<br>Attorneys for:   LYNN BARTON | (510) 725-3034<br><br>Ref. No. Or File No.<br>W2493317 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| LISA GENTILCORE |

| Defendant: |
|---|
| FIDELITY NATIONAL FINANCIAL |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  B. Anderson                                , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : TICOR TITLE INSURANCE COMPANY OF FLORIDA

By Serving         : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address            : 818 West 7th Street , Los Angeles, California  90017
Date & Time        : Thursday, March 13, 2008 @ 2;3 p.m.
Witness fees were  : Not applicable.

Person serving:                              a. Fee for service:
B. Anderson                                  d. Registered California Process Server
**Wheels of Justice, Inc.**                       (1) Employee or independent contractor
657 Mission Street, Suite 502                    (2) Registration No.: 3991
San Francisco, California  94105                 (3) County: Los Angeles
Phone: (415) 546-6000                            (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                    Signature:_____
                                                     B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:    LYNN BARTON | | Ref. No. Or File No.<br>W2493318 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | |

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  B. Anderson                          , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : CHICAGO TITLE INSURANCE COMPANY

By Serving         : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address            : 818 West 7th Street , Los Angeles, California  90017
Date & Time        : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were  : Not applicable.

Person serving:                    a. Fee for service:
B. Anderson                        d. Registered California Process Server
**Wheels of Justice, Inc.**            (1) Employee or independent contractor
657 Mission Street, Suite 502          (2) Registration No.: 3991
San Francisco, California  94105       (3) County: Los Angeles
Phone: (415) 546-6000                  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2008                Signature:_____
                                              B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | | (510) 725-3034 | |
| Attorneys for: LYNN BARTON | | | | Ref. No. Or File No.<br>W2493319 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, B. Anderson , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : NATIONAL TITLE INSURANCE OF NEW YORK, INC.

By Serving        : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address           : 818 West 7th Street , Los Angeles, California  90017
Date & Time       : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:  3991
San Francisco, California  94105            (3) County: Los Angeles
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2008                    Signature:_____

                                                  B. Anderson



Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for: **LYNN BARTON** | | Ref. No. Or File No.<br>W2493320 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, B. Anderson                              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : SECURITY UNION TITLE INSURANCE COMPANY

By Serving           : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address              : 818 West 7th Street , Los Angeles, California  90017
Date & Time          : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 3991
San Francisco, California  94105            (3) County: Los Angeles
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                     Signature:_____
                                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | | | |
| Attorneys for:    LYNN BARTON | | Ref. No. Or File No.<br>W2493312 | | | |
| Insert name of court, judicial district and branch court, if any: | | | | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff:<br>LISA GENTILCORE | | | | | |
| Defendant:<br>FIDELITY NATIONAL FINANCIAL | | | | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC | |

I,  Gordon Chibana                        , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            :  THE FIRST AMERICAN CORPORATION

By Serving           :  ALBERT RUSH, Senior Vice President

Address              :  1 First American Way , Santa Ana, California  92707
Date & Time          :  Thursday, March 13, 2008 @ 09:20 a.m
Witness fees were    :  Not applicable.


Person serving:                          a. Fee for service:
Gordon Chibana                           d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:  1490
San Francisco, California  94105            (3) County: Orange
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008                     Signature:_____
                                                        Gordon Chibana


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for: LYNN BARTON | | Ref. No. Or File No.<br>W2493323 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, Gordon Chibana                    , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : FIRST AMERICAN TITLE INSURANCE COMPANY

By Serving           : ALBERT RUSH, Senior Vice President

Address              : 1 First American Way , Santa Ana, California  92707
Date & Time          : Thursday, March 13, 2008 @ 09:20 a.m
Witness fees were    : Not applicable.

Person serving:                     a. Fee for service:
Gordon Chibana                      d. Registered California Process Server
**Wheels of Justice, Inc.**            (1) Employee or independent contractor
657 Mission Street, Suite 502          (2) Registration No.: 1490
San Francisco, California  94105       (3) County: Orange
Phone: (415) 546-6000                  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008                Signature:_____

                                               Gordon Chibana



Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for: LYNN BARTON | | Ref. No. Or File No.<br>W2493321 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  B. Anderson                              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : UNITED GENERAL TITLE INSURANCE COMPANY

By Serving           : MARGARET WILSON, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service

Address              : 818 West 7th Street , Los Angeles, California  90017
Date & Time          : Thursday, March 13, 2008 @ 2:30 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 3991
San Francisco, California  94105            (3) County: Los Angeles
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 14, 2008                     Signature:_____
                                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | Telephone:<br>(510) 725-3034 | | |

Attorneys for: **LYNN BARTON**

Ref. No. Or File No.
W2493313

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, Kenneth Coudrey , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : LANDAMERICA FINANCIAL GROUP, INC.

By Serving           : DAVID B. ZOFFER, Authorized to Accept Service of Process

Address              : 5600 Cox Road , Glen Allen, Virginia  23060
Date & Time          : Tuesday, March 18, 2008 @ 12:10 p.m.
Witness fees were    : Not applicable.

Person serving:
Kenneth Coudrey
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 19, 2008

Signature: _____
/Kenneth Coudrey


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:    LYNN BARTON | | Ref. No. Or File No.<br>W2493314 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, Jeff King                              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : COMMONWEALTH LAND TITLE INSURANCE COMPANY

By Serving           : ERIN UPCHURCH, Authorized Agent of CAPITOL CORPORATE SERVICES, INC.,
                       Agent for Service of Process
Address              : 455 Capitol Mall, Suite 217 , Sacramento, California  95814
Date & Time          : Thursday, March 13, 2008 @ 12:45 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
Jeff King                                d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 2004-55
San Francisco, California  94105            (3) County:  Sacramento
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 19, 2008                     Signature:_____
                                                        Jeff King

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |

Ref. No. Or File No.
W2493324

Attorneys for: LYNN BARTON

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, Jeff King                                    , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : LAWYERS TITLE INSURANCE CORPORATION

By Serving         : ERIN UPCHURCH, Authorized Agent of CAPITOL CORPORATE SERVICES, INC.,
                     Agent for Service of Process
Address            : 455 Capitol Mall, Suite 217 , Sacramento, California  95814
Date & Time        : Thursday, March 13, 2008 @ 12:45 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Jeff King                                d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 2004-55
San Francisco, California  94105            (3) County: Sacramento
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 19, 2008                     Signature: _____
                                                         Jeff King


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |

Attorneys for: **LYNN BARTON**

Ref. No. Or File No.
W2493325

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LISA GENTILCORE

Defendant:

FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  Jeff King                        , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE
OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : TRANSNATION TITLE INSURANCE COMPANY

By Serving         : ERIN UPCHURCH, Authorized Agent of CAPITOL CORPORATE SERVICES, INC.,
                     Agent for Service of Process
Address            : 455 Capitol Mall, Suite 217 , Sacramento, California  95814
Date & Time        : Thursday, March 13, 2008 @ 12:45 p.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
Jeff King                                d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.: 2004-55
San Francisco, California  94105             (3) County:  Sacramento
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 19, 2008                     Signature:_____
                                                              Jeff King

Printed on recycled paper

FOR COURT USE ONLY

| Attorney Or Party Without Attorney (Name and Address): | | |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: LYNN BARTON | | |
| | Ref. No. Or File No.<br>W2493315 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I, William E. Galdamez                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : STEWART TITLE GUARANTY COMPANY

By Serving         : GERI M. KAYE, ESQ., Authorized Agent

Address            : 1101 Civic Drive , Walnut Creek, California  94596
Date & Time        : Tuesday, March 18, 2008 @ 9:07 a.m.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
William E. Galdamez                      d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 716
San Francisco, California  94105           (3) County: Contra Costa
Phone: (415) 546-6000                     (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 18, 2008                      Signature: *William E. Galdamez*

                                                     William E. Galdamez


Printed on recycled paper

| Attorney Or Party Without Attorney (Name & Address): | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | (510) 725-3034 | | |
| Attorneys for:   LYNN BARTON | | | Ref. No. Or File No.<br>W2493326 | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LISA GENTILCORE

Defendant:
FIDELITY NATIONAL FINANCIAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1374 MMC |
|---|---|---|---|---|

I,  Scott E. Lane                                , Under penalty of perjury, hereby declare that I am and was on the
dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the:   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AD
ADR DEADLINES; STANDING ORDERS; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF
APPOINTMENT TO U.S. MAGISTRATE JUDGE FOR TRIAL; CONSENT/ DECLINATION TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant                    : STEWART TITLE INSURANCE COMPANY

By Serving                   : EMILE FOX, Claims Counsel

Address                      : 1101 Civic Dr, Walnut Creek, Ca 94596
Date & Time                  : Friday, April 4, 2008 @ 1:45 p.m.
Witness fees were            : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: April 7, 2008

Signature: _____

Scott E. Lane

