FRANK E. MERIDETH, JR. (46266)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel: (310) 586-7700 Fax: (310) 586-7800
meridethf@gtlaw.com

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY (acting on behalf of the Defendants listed below for purposes of this stipulation)

REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com

Attorneys for Plaintiff Lisa Gentilcore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GENTILCORE, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>　　　　Defendants. | CASE NO. CV 08-1374 JSW<br><br>Assigned Judge: Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  WHEREAS, on March 11, 2008, Plaintiff filed a Complaint seeking recovery
2  under the Sherman Act, Cal. Bus. and Prof. Code §§ 16720, *et seq.*, Cal. Bus. and Prof.
3  Code §§ 17200, *et seq.*, and alleging unjust enrichment;
4  WHEREAS, on April 2, 2008, this Court So Ordered the parties' stipulation
5  extending the time for all Defendants to move against, answer or otherwise respond to
6  the Complaint through and including May 27, 2008;
7  WHEREAS, this action is one of sixty-four (64) actions recently filed in district
8  courts across the country that are the subject of a pending Motion for Transfer of Actions
9  Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed
10  with the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") in *In re Title Insurance*
11  *RESPA and Antitrust Litigation* (the "MDL Motion"), and that motion is scheduled for
12  argument before the J.P.M.L. on May 29, 2008; and
13  WHEREAS, Defendants believe that judicial economy and efficiency will be
14  promoted by extending the May 27, 2008 deadline to respond to the Complaint in the
15  above-captioned action pending a determination of the MDL Motion, and therefore, have
16  requested a further extension of time within which to move against, answer or otherwise
17  respond to the Complaint; and
18  WHEREAS, Plaintiff's counsel has agreed to this request;
19  NOW THEREFORE, the undersigned parties through their respective counsel
20  stipulate and respectfully request on behalf of all Defendants that the Court order as
21  follows:
22  The time for all Defendants to move against, answer or otherwise respond to the
23  Complaint in the above-captioned action shall be extended until 30 days following the
24  determination of the pending MDL Motion by the J.P.M.L.
25  Defendants reserve their rights to move for a stay of all proceedings in this action
26  until the Judicial Panel on Multidistrict Litigation determines the pending MDL Motion,
27  or to request further extensions of this deadline, and Plaintiff reserves her rights to
28

1  oppose such motion or request. Nothing in this stipulation shall be construed as a waiver
2  of any party's right to seek or oppose transfer of this action or coordination or
3  consolidation of this action with any other action.
4      This stipulation may be executed in counterparts, including by signature
5  transmitted by facsimile.

6                                          Respectfully Submitted,
7  Dated: May 15, 2008                     GREENBERG TRAURIG, LLP

                                           By _____
                                              FRANK E. MERIDETH, JR.
                                           Attorneys for Defendants THE FIRST
                                           AMERICAN CORPORATION, FIRST
                                           AMERICAN TITLE INSURANCE COMPANY,
                                           and UNITED GENERAL TITLE INSURANCE
                                           COMPANY (acting on behalf of the Defendants
                                           listed below for purposes of this stipulation)

                                           *Of Counsel*:
                                           GREENBERG TRAURIG, LLP
                                           James I. Serota
                                           Kenneth Lapatine
                                           Stephen L. Saxl
                                           200 Park Avenue
                                           New York, New York 10166
                                           Telephone: (212) 801-9200
                                           Facsimile: (212) 801-6400
                                           serotaj@gtlaw.com
                                           lapatinek@gtlaw.com
                                           saxls@gtlaw.com

                                           Attorneys for Defendants THE FIRST
                                           AMERICAN CORPORATION, FIRST
                                           AMERICAN TITLE INSURANCE COMPANY,
                                           and UNITED GENERAL TITLE INSURANCE
                                           COMPANY

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, and SECURITY UNION TITLE INSURANCE COMPANY

FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

- and -

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY

SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, and
TRANSNATION TITLE INSURANCE
COMPANY

Margaret A. Keane
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com
Attorneys for Defendant NATIONAL TITLE
INSURANCE OF NEW YORK, INC

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Dated: May 15, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP

                                   By: //s// Jeff D. Friedman
                                       Jeff D. Friedman (173886)
                                       Reed R. Kathrein (139304)
                                       715 Hearst Avenue, Suite 202
                                       Berkeley, CA 94710
                                       Tel: (510) 725-3000 Fax (510) 725-3001
                                       reed@hbsslaw.com
                                       jefff@hbsslaw.com

                                       Attorneys for Plaintiff Lisa Gentilcore

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: May 15, 2008                _____
                                   HON. JEFFREY S. WHITE