FRANK E. MERIDETH, JR. (46266)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel: (310) 586-7700 Fax: (310) 586-7800
meridethf@gtlaw.com

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY

REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com

Attorneys for Plaintiff Lisa Gentilcore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GENTILCORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 08-1374 JSW<br><br>Assigned Judge: Hon. Jeffrey S. White<br><br>**STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  WHEREAS, on March 11, 2008, the Complaint in this action was filed;

2  WHEREAS, this action was the subject of a motion to transfer before the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") ("Motion to Transfer") and during the pendency of the Motion to Transfer, this Court extended the time for Defendants to respond to the Complaint to May 27, 2008, and then extended the deadline to thirty (30) days following the determination of the Motion to Transfer;

WHEREAS, the Motion to Transfer was denied by the J.P.M.L. on June 9, 2008, thus setting the deadline to answer or otherwise respond to the complaint to July 9, 2008;

WHEREAS, Defendants have requested additional time to answer or otherwise respond to the Complaint in the above-captioned action and Plaintiff has agreed to this request;

NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of all Defendants that the Court order as follows:

1. The time for all Defendants to move against, answer or otherwise respond to the Complaint in the above-captioned action shall be extended through and including July 24, 2008.

2. Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or consolidation of this action with any other action.

3.  This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

                              Respectfully Submitted,

Dated: July 3, 2008             GREENBERG TRAURIG, LLP


By     /S/
      FRANK E. MERIDETH, JR.
Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY

*Of Counsel*:
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY

CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
bsullivan@chrisglase.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, and SECURITY UNION TITLE INSURANCE COMPANY

*Of Counsel:*
SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, and SECURITY UNION TITLE INSURANCE COMPANY

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

SIDLEY AUSTIN LLP
Samuel R. Miller
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY

*Of Counsel:*
FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY

SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com

Attorneys for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, and TRANSNATION TITLE INSURANCE CO.

*Of Counsel*:
SUTHERLAND ASBILL & BRENNAN, LLP
Phillip Stano
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3539
Philip.stano@sablaw.com

Attorneys for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, and TRANSNATION TITLE INSURANCE CO.

Margaret A. Keane
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com
Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Dated: July 3, 2008   HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /S/
Jeff D. Friedman (173886)
Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com

- and -

Thomas E. Loeser (202724)
Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Tel: (206) 623-7292
Fax (206) 623-0594
toml@hbsslaw.com
tony@hbsslaw.com
steve@hbsslaw.com

Attorneys for Plaintiff Lisa Gentilcore

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1  FRANK E. MERIDETH, JR. (46266)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Tel: (310) 586-7700 Fax: (310) 586-7800
4  meridethf@gtlaw.com

5  Attorneys for Defendants THE FIRST
   AMERICAN CORPORATION,
6  FIRST AMERICAN TITLE INSURANCE
   COMPANY, and UNITED GENERAL
7  TITLE INSURANCE COMPANY

8
   REED R. KATHREIN (139304)
9  JEFF D. FRIEDMAN (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
10 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
11 Tel: (510) 725-3000 Fax (510) 725-3001
12 reed@hbsslaw.com
   jefff@hbsslaw.com
13
14 Attorneys for Plaintiff Lisa Gentilcore

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 
   LISA GENTILCORE, on behalf of      CASE NO. CV 08-1374 JSW
19 herself and all others similarly
   situated,
20
                Plaintiff,             Assigned Judge: Hon. Jeffrey S. White
21

22         v.                          [PROPOSED] ORDER RE FURTHER
                                       EXTENDING TIME FOR DEFENDANTS
23 FIDELITY NATIONAL                   TO RESPOND TO COMPLAINT
   FINANCIAL, INC., et al.,
24
                Defendants.
25

26

27

28

[PROPOSED] ORDER RE FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                 HON. JEFFREY S. WHITE