```
 1  FRANK E. MERIDETH, JR. (46266)
    GREENBERG TRAURIG, LLP
 2  2450 Colorado Avenue, Suite 400E
    Santa Monica, California 90404
 3  Tel: (310) 586-7700 Fax: (310) 586-7800
 4  meridethf@gtlaw.com

 5  Attorneys for Defendants THE FIRST
    AMERICAN CORPORATION,
 6  FIRST AMERICAN TITLE INSURANCE
    COMPANY, and UNITED GENERAL
 7  TITLE INSURANCE COMPANY

 8
    REED R. KATHREIN (139304)
 9  JEFF D. FRIEDMAN (173886)
    HAGENS BERMAN SOBOL SHAPIRO LLP
10  715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
11  Tel: (510) 725-3000 Fax (510) 725-3001
12  reed@hbsslaw.com
    jefff@hbsslaw.com
13
14  Attorneys for Plaintiff Lisa Gentilcore
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GENTILCORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 08-1374 JSW<br><br>Assigned Judge: Hon. Jeffrey S. White<br><br>[PROPOSED] ORDER RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 3, 2008

_____
HON. JEFFREY S. WHITE

[PROPOSED] ORDER RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT