# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gentilcore,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Fidelity National Financial, Inc.,<br><br>　　　　　　　Defendant(s). | 08-01374 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 7, 2008

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Lisa M. Salvetti

_/s/ Lisa M. Salvetti_
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

---

**Notice Re: Noncompliance With Court Order**
08-01374 JSW                                      -2-

PROOF OF SERVICE

Case Name:      Gentilcore v. Fidelity National Financial, Inc.

Case Number:    08-01374 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeff D Friedman
> Hagens Berman Sobol Shapiro LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> jefff@hbsslaw.com
>
> Reed R. Kathrein
> Hagens Berman Sobol Shapiro LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> reed@hbsslaw.com
>
> Kris Hue Chau Man
> Dewey & LeBoeuf LLP
> One Embarcadero Center
> Suite 400
> San Francisco, CA 94111
> kman@dl.com
>
> Margaret Anne Keane
> Dewey & LeBoeuf LLP

One Embarcadero Center
Suite 400
San Francisco, CA 94111
mkeane@dl.com

Frank E. Merideth Jr.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
meridethf@gtlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov